Finance & Guaranty Company, a Corporation, Appellant, v. Aulick, Bates & Hudnall, Appellee.

An appeal from a Decree of the Circuit Court for Hillsborough County.

Appeal dismissed on praecipe of Appellant, June 2, 1916.

*William Hunter* and *Frazier & Hilburn,* for Appellant;

No appearance for Appellee.